United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Ford  
    Debtor

Case No. 17-17142-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 2     Date Rcvd: Jul 09, 2019  
                 Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
```
db          #George Ford,    345 Wenner Way,    Ft. Washington, PA 19034-2919
aty         +Maschmeyer Marinas P.C.,    c/o Paul Maschmeyer, Esquire,    350 South Main Street,    Suite 105,
              Doylestown, PA 18901-4872
acc         +Marinas Maschmeyer,    350 South Main Street,    ste 105,    Doylestown, Pa 18901-4872
cr          +Richard Ford,    1217 McKean Road,    Ambler, PA 19002-2102
br          +Star Real Estate,    1500 Walnut Street,    Suite 1103,    Philadelphia, PA 19102-3506
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bankruptcyteam@quickenloans.com Jul 10 2019 03:09:37     Quicken Loans Inc.,
               1050 Woodward Avenue,    Detroit, MI 48226-1906
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+Centric Bank,    4000 Crums Mill Road,    Harrisburg, PA 17112-2896
cr           ##+Rosemary Ford,    8 Shepherd's Way,    Wyndmoor, PA 19038-7116
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
```
              ALEXANDER   MORETSKY    on behalf of Debtor George  Ford amoretsky@moretskylaw.com,
               G18782@notify.cincompass.com
              ALEXANDER   MORETSKY    on behalf of Defendant George  Ford amoretsky@moretskylaw.com,
               G18782@notify.cincompass.com
              JOSEPH A. DIORIO    on behalf of Creditor Rosemary  Ford josephdiorioesq@gmail.com,
               bjsmithesqecf1@gmail.com;bsmith@lawbjs.com;r42150@notify.bestcase.com
              JOSEPH A. DIORIO    on behalf of Plaintiff Richard  Ford josephdiorioesq@gmail.com,
               bjsmithesqecf1@gmail.com;bsmith@lawbjs.com;r42150@notify.bestcase.com
              JOSEPH A. DIORIO    on behalf of Creditor Richard  Ford josephdiorioesq@gmail.com,
               bjsmithesqecf1@gmail.com;bsmith@lawbjs.com;r42150@notify.bestcase.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
              MARC   KRANSON    on behalf of Creditor Rosemary  Ford mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MARC A. HESS    on behalf of Creditor    Centric Bank bankruptcy@henrybeaver.com,
               hess@henrybeaver.com
              PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Marinas P.C.
               pmaschmeyer@maschmarinas.com,  FMarinas@msn.com
              PAUL BRINTON MASCHMEYER    on behalf of Broker    Star Real Estate pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              PAUL BRINTON MASCHMEYER    on behalf of Trustee LYNN E. FELDMAN pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Centric Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              SARAH K. MCCAFFERY    on behalf of Creditor    Quicken Loans Inc. smccaffery@squirelaw.com
```

```
District/off: 0313-2          User: Lisa                  Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: pdf900             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
                                         TOTAL: 15

Case 17-17142-elf    Doc 104    Filed 07/11/19    Entered 07/12/19 09:43:18    Desc
Imaged Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| FORD, GEORGE | : | |
| | : | |
| Debtor(s) | : | Case No. 17-17142-ELF |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**

**AND NOW**, this 9th day of July, 2019, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

**ORDERED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

**IT IS FURTHER ORDERED** that this case is hereby **CLOSED**.

_____
Eric L Frank
U. S. Bankruptcy Judge